# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2075

_____

Paul F. Close,                          *
                                        *
            Appellant,                  *
                                        *
      v.                                *   Appeal from the United States
                                        *   District Court for the
Mark Lund; Dr. Ann Mueller;             *   Southern District of Iowa.
RN Debra Murray; Jim Payne;             *
Dr. William Kuehn,                      *   [UNPUBLISHED]
                                        *
            Appellees.                  *

_____

Submitted: June 6, 2008
Filed: June 16, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Paul Close appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, see Turner v. Honeywell Fed. Mfg. & Techs., LLC, 336 F.3d 716, 719-20 (8th Cir. 2003) (de novo review standard), we conclude that summary judgment was properly granted. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.